No. 272. The People *v.* Villalobos.—Appeal from the District Court of San Juan. Decided December 14, 1910. Judgment affirmed. *Mr. Eugenio Benítez Castaño* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 286. The People *v.* Vázquez.—Appeal from the District Court of San Juan. Decided December 14, 1910. Judgment affirmed. *Mr. Manuel F. Rossy* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 287. The People *v.* Marcano.—Appeal from the District Court of San Juan. Decided December 14, 1910. Judgment affirmed. *Mr. Adrián Agosto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 289.—The People *v.* Guzmán et al.—Appeal from the District Court of Humacao. Decided December 14, 1910. Judgment affirmed. *Mr. Ramón Nadal Santa Coloma* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 299. The People *v.* Arce.—Appeal from the District Court of Guayama. Decided December 14, 1910. Judgment affirmed. *Mr. L. Abella Blanco* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 273. The People *v.* Rodríguez.—Appeal from the District Court of San Juan. Decided December 15, 1910. Judgment affirmed. *Mr. Pedro Gómez* for appelalnt. *Mr. Jesús M. Rossy, fiscal,* for respondent.